AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original   ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT

**7/25/2025**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

FERNANDO FLORES,

Defendant.

**FILED**
CLERK, U.S. DISTRICT COURT

**07/25/2025**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KL _____ DEPUTY

Case No.   2:25-MJ-04650-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about July 23, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault of a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

/s/
_____
*Complainant's signature*

Timothy Rivero, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   July 25, 2025

*Alicia G. Rosenberg*
*Judge's signature*

City and state:   Los Angeles, California

Hon. Alicia G. Rosenberg, U.S. Magistrate Judge
*Printed name and title*

AUSA: Yervant P. Hagopian x0732

## AFFIDAVIT

I, Timothy Rivero, being duly sworn, declare and state as
follows:

## I. INTRODUCTION

1.    I am a Senior Special Agent with the Department of
Homeland Security – Federal Protective Services ("FPS") and have
been so employed since October 2003.  As a Special Agent, my
official duties are to investigate crimes against the United
States including its properties and employees.  Specifically, I
investigate assault and threats on government officials, theft
and depredation of government property, impersonation of
government officials, arson, prohibited firearm possession on
government property, and narcotic-related offenses.  Since 2003,
I have conducted numerous criminal investigations including
assaults on government officials, threats against federal
officials and depredation of government property.  From 1997 to
July 2003, I was a uniformed law enforcement officer with FPS.
In that position, I conducted all matters related to law
enforcement including investigating assaults on federal
officials and contractors.

2.    At the Federal Law Enforcement Training Center
("Academy") in Glynco, Georgia, I received training in a variety
of investigative and legal matters, including the topics of
Fourth Amendment searches, the drafting of search warrant
affidavits, arrest warrant affidavits, criminal complaints, and
probable cause.  The Academy covered all aspects of federal led
investigations, including but not limited to drug

investigations, identification of controlled substances,
physical and electronic surveillance, utilization of
confidential sources, interview techniques, undercover
operations, physical surveillance, constitutional rights, the
execution of search warrants, and working with confidential
sources.

## II. PURPOSE OF AFFIDAVIT

3.    This affidavit is made in support of a criminal
complaint and arrest warrant against Fernando FLORES ("FLORES")
for violating 18 U.S.C. § 111(a)(1), Assault of a Federal
Officer.

4.    The facts set forth in this affidavit are based upon
my personal observations, my training and experience, and
information obtained from various law enforcement personnel and
witnesses.  This affidavit is intended to show merely that there
is sufficient probable cause for the requested complaint and
arrest warrant and does not purport to set forth all of my
knowledge of or investigation into this matter.  Unless
specifically indicated otherwise, all conversations and
statements described in this affidavit are related in substance
and in part only.

## III. STATEMENT OF PROBABLE CAUSE

5.    Based on my interview of FLORES and review of written
statements of victim A.M. and witness J.A., I know the
following:

      a.    On July 23, 2025, at approximately 10:02 p.m.,
and near the intersection of Alameda and Commercial Streets in

Los Angeles, California, an individual later identified as Fernando FLORES ("FLORES") approached and cursed at five Bureau of Prisons ("BOP") officers, including A.M. and J.A., after the officers departed from Metropolitan Detention Center.  During the encounter, FLORES shoved A.M. and grabbed A.M.'s backpack as A.M. attempted to escape.  A.M. demanded that FLORES refrain from touching her; in response, FLORES said, "I'll touch whoever the fuck I want bitch."  Officers A.M. and J.A., each provided written statements detailing the foregoing encounter.

      b.   On July 24, 2025, at approximately 1:05 a.m., I interviewed FLORES.  I provided FLORES his Miranda warnings, which he understood and waived.  FLORES verified his full name, address, date of birth and Social Security Number.  FLORES said he was protesting at Alameda and Aliso Streets immediately before the aforementioned encounter.  FLORES added, "I was just talking shit because I thought they were ICE[1] Agents.  I thought that they worked here[2] you know, because I think they were ICE Agents."  FLORES recognized that the group had uniforms, which bore their names.  FLORES continually denied touching or assaulting A.M. or any other individual among the group: "I was just talking shit to Agents coming out."  Officer A.M. identified FLORES as her assailant based on FLORES' facial features and clothing.

---

[1] Immigration and Customs Enforcement (ICE).

[2] Roybal Federal Building & Court House, which is exclusive jurisdiction federal property.

## IV. <u>CONCLUSION</u>

6.   For all the reasons described above, there is probable cause to believe that FLORES has committed a violation of 18 U.S.C. § 111(a)(1) (Assault of a Federal Officer), and that there is evidence of violation 18 U.S.C. § 111(a)(1), as described within this affidavit.

/s/
_____
Timothy Rivero,
Senior Special Agent
Department of Homeland Security
Federal Protective Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 25th day of July, 2025.

_____
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE